IN THE UNITED STATES COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

**Anthony Montenegro**
    *Plaintiff*

v.

**Onsite Towing, LLC,
Alt-Source, LLC III and
Alt-Source XI, LLC**
    *Defendants*

Civil Action No. 4:18-cv-2859

## ALT-SOURCE DEFENDANTS' ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Alt-Source, LLC III and Alt-Source XI, LLC (together, "Alt-Source") file this answer to Plaintiff's First Amended Complaint:

### I.
### SPECIFIC DENIALS
*Paragraph Numbers Follow the Numbers in the First Amended Complaint*

1. Admitted.

2. Alt-Source lacks sufficient knowledge to form a belief about this allegation.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted.

7. Denied.

8. Denied.

9. Denied.

10. Denied.

11. Denied.

1

12. Denied.

13. Denied.

14. Admitted.

15. Denied.

16. Denied.

17. Denied.

18. Denied,

19. This paragraph requires no denial.

## II.
### AFFIRMATIVE DEFENSES

20. Plaintiff's claims are subject to arbitration.

21. Plaintiff cannot meet his burden to prove that Alt-Source qualified as his "employer" under the Fair Labor Standards Act ("FLSA").

22. Plaintiff qualifies for the Motor Carrier Act exemption from overtime pay under the FLSA.

23. Plaintiff's claims are barred, in whole or in part, by the applicable statute of limitations contained in the FLSA.

24. Alt-Source's pay practices concerning Plaintiff were adopted and executed in good faith and with reasonable grounds to believe the practices complied with the FLSA.

25. If Alt-Source violated the FLSA (which is denied), Plaintiff cannot establish that the violation was willful.

## III.
### PRAYER

26. Alt-Source prays that Plaintiff take nothing, but that Alt-Source be awarded:

a. Court costs; and

b. All other legal and equitable relief to which Alt-Source is entitled.

Respectfully submitted,

*/Alan M. Bush/*
**Alan M. Bush**
S.D. Tex. Bar No. 37486
Texas Bar No. 24040614
**Meghan A. Hurse**
S.D. Tex. Bar No. 2405788
Texas Bar No. 24079314

**BUSH LAW FIRM, PC**
21 Waterway Ave., Ste. 200
The Woodlands, Texas 77380
T: [281] 296-3883
F: [281] 296-3884
abush@bush-law.com
mhurse@bush-law.com

**ATTORNEYS FOR DEFENDANTS
ALT-SOURCE, LLC III AND
ALT-SOURCE XI, LLC**

## CERTIFICATE OF SERVICE

I have served this document on the parties' record counsel via the PACER ECF system on October 18, 2018.

*/Alan M. Bush/*
**Alan M. Bush**